# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2024

## NO. 03-23-00486-CR

**Jennifer Kay Polson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Jennifer Kay Polson has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Jennifer Kay Polson to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.